UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BRUCE MARVIN CHILTON,  )<br>  )<br>    Defendant.  ) | Crim. No. 3:21-cr-00020-MAS-2<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Matthew Stinnett. [R. 73.] In 2022, the Court sentenced Defendant Bruce Chilton to 24 months of imprisonment followed by two years of supervised release after he pled guilty to conspiracy to distribute fentanyl, and to aiding and abetting the possession with intent to distribute fentanyl and methamphetamine. [R. 64.] Now, the United States Probation Office charges Mr. Chilton with one Grade C violation and two Grade B violations of his supervised release conditions. [R. 73]

The charge stems from a violation of the condition that Mr. Chilton refrain from (1) committing another federal, state, or local crime, (2) unlawfully possessing a controlled substance, and (3) unlawful use of any controlled substance. *Id.* Probation alleges that Mr. Chilton admitted to using heroin sometime on or around August 25, 2023, and that Mr. Chilton's subsequent urinalysis yielded positive results for presumptive fentanyl. *Id.* Probation reports that Mr. Chilton denied knowingly ingesting fentanyl, but that Mr. Chilton acknowledged that it was possible that fentanyl was present in the heroin he used. *Id.* Judge Stinnett recommends a sentence of 60-days' incarceration followed by two years of supervised release with special

conditions based on the seriousness of Mr. Chilton's violations and Mr. Chilton's struggles with mental health. *Id.* at 5-7.

Mr. Chilton appeared before Judge Stinnett for an initial appearance pursuant to Federal Rule of Criminal Procedure 32.1. [R. 69.] During the hearing, Mr. Chilton competently, knowingly, voluntarily, and intelligently waived his rights to a preliminary hearing. *Id.* On September 20, 2023, Mr. Chilton appeared before Judge Stinnett for his final hearing. [R. 72.] As Judge Stinnett found, Mr. Chilton "competently, knowingly, voluntarily, and intelligently" stipulated to Violations #1 and #2. *Id.*

After hearing the parties' arguments, Judge Stinnett issued a Report and Recommendation in which he evaluated the entire record and considered all the Section 3553(a) factors imported into the Section 3583(e) analysis, as well as the Guidelines Range. [R. 73.] Pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, any objections to the Report and Recommendation must be filed within fourteen (14) days of service. *See* 28 U.S.C. § 636(b)(1). More than fourteen days have passed and no one has objected to the Report and Recommendation. Moreover, Mr. Chilton waived his right to allocution. [R. 74.]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). But when no objections are made, as in this case, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn,* 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947, 949–50 (6th Cir. 1981). Nevertheless, the Court has examined the record and agrees with Judge Stinnett's recommended disposition.

2

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation **[R. 73]** is **ADOPTED** as and for the Opinion of the Court;

2. Mr. Chilton is found **GUILTY** of the violations of Mandatory Conditions #1-3;

3. Mr. Chilton's current term of supervised release is **REVOKED**;

4. Mr. Chilton is **SENTENCED** to a term of incarceration of sixty (60) days;

5. Thereafter, a term of supervise release is **IMPOSED** for two years, under the same conditions previously imposed, in addition to the following special conditions:

    a. Mr. Chilton **SHALL** complete an inpatient substance use treatment program;

    b. Mr. Chilton **SHALL** undergo a mental health evaluation by the United States Probation Office; and

    c. Following a mental health evaluation, Mr. Chilton **SHALL** participate in and complete a mental health treatment program as determined to be appropriate by the United States Probation Office; and

6. Judgment shall enter promptly.

This the 24th day of October 2023.

Gregory F. Van Tatenhove
United States District Judge